## AFFIDAVIT OF ROBERT J. ADAMS, FEDERAL BUREAU OF INVESTIGATION

18 - 3 5 6 6 JMC

I, ROBERT J. ADAMS, being duly sworn, do hereby depose and state:

### Introduction/Affiant Background

I have been a Task Force Officer with the FBI/USMS Capital Area Regional Fugitive Task Force since 2017. I am currently working on the Violent Crime Squad in the Baltimore Field Office of the FBI. I have been a Baltimore City Police Officer/Detective for 25 years. I have worked in multiple capacities throughout my career. I have been assigned to the Warrant Apprehension Task Force since February 2004. While there I have been tasked to locate and arrest wanted fugitives for crimes including Murder, Attempt Murder, Rape, Robbery, and Assault.

This affidavit is made in support of complaint against Devin Segar, charging him with interstate flight to avoid prosecution, in violation of 18 U.S.C. § 1073.

### Probable Cause

Devin Segar (M/B with a D.O.B of 08-16-1992) has been charged in the District Court for Baltimore City (Case No. 0B02378327) with more than twenty counts, including Armed Carjacking in violation of MD Cr. Code 3-405, Kidnapping in violation of MD Cr. Code 3-502, First Degree Rape in violation of MD Cr. Code 3-303, and Armed Robbery in violation of MD Cr. Code 3-403, all based on an incident that occurred on May 7, 2018 at 9:00 P.M. in the City of Baltimore. Those charges are currently pending in the District Court for Baltimore City and a warrant for Mr. Segar's arrest has been issued by that court.

During the course of this fugitive investigation, the affiant conducted multiple interviews of family and friends in reference to Devin Segar's location, but received little to no assistance. Additionally, through the investigation, phone numbers were obtained that were believed to be used by Segar. While reviewing phone records, the affiant was able to compile a top caller list of Segar. The top caller to and from Segar was Issac Segar in Fort Lauderdale, Florida, who is believed to be a relative.

Baltimore City Police Detectives requested officers of the Pemobrook Pines Police Department to assist in locating Segar. Pemobrook Pines Police started their investigation by going to the address listed for Isaac Segar. Officers interviewed residents in the apartment complex for Issac Segar and at least two residents of the apartment complex were able to positively identify Devin Segar as the male staying in the apartment with Issac Segar.



FILED
LOGGED
ENTERED
RECEIVED
DEC 21 2018
BY
CLERK, AT BALTIMORE
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

18 - 3 5 6 6 JMC

## Conclusion

Therefore, based on the facts set forth above, your affiant believes there is probable cause that, from at least December 5, 2018 to the present, Devin Segar has engaged in interstate flight to avoid prosecution, in violation of 18 U.S.C. § 1073.

Affiant: _____
Robert J. Adams
Task Force Officer
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence this 21 day of December 2018.

_____
J. Mark Coulson
United States Magistrate Judge